**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE: Jacqueline S. Pisula                                     CHAPTER 13
                Debtor(s)

                                        BKY. NO. 19-22286 JAD

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Nationstar Mortgage LLC d/b/a Mr. Cooper and index same on the master mailing list.

                                        Respectfully submitted,

                                        /s/ **Brian C. Nicholas**
                                        Brian Nicholas
                                          18 Jan 2022, 16:09:47, EST

                                        Brian C. Nicholas, Esq. (317240) ☑
                                        Maria D. Miksich, Esq. (319383) ☐
                                        Denise Carlon, Esq. (317226)   ☐
                                        Rebecca A. Solarz, Esq. (315936) ☐
                                        KML Law Group, P.C.
                                        BNY Mellon Independence Center
                                        701 Market Street, Suite 5000
                                        Philadelphia, PA 19106
                                        412-430-3594
                                        bkgroup@kmllawgroup.com