**Fill in this information to identify the case:**

Debtor 1  Jacqueline S. Pisula

Debtor 2  _____
(Spouse, if filing)

United States Bankruptcy Court for the: Western District of Pennsylvania
(State)

Case number  19-22286-JAD

---

Form 4100R

# Response to Notice of Final Cure Payment

10/15

**According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.**

## Part 1: Mortgage Information

**Name of Creditor:** Lakeview Loan Servicing, LLC

**Court Claim no. (if known)** 2

**Last 4 digits of any number you use to identify the debtor's account:** 8200

**Property address:** 114 Sea Shell Lane
Number       Street

Greensburg, PA 15601
City                State    Zip Code

## Part 2: Prepetition Default Payments

*Check One:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of the response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check One:*

☒ Creditor agrees that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is on:  08/01/2024
MM/ DD / YYYY

☐ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this responses is:

a. Total postpetition ongoing payments due:                              (a) $ _____
b. Total fees, charges, expenses, escrow, and costs outstanding:         (b) $ _____
c. **Total**. Add lines a and b.                                          (c) $ _____

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payments that first became due on:  ___/___/___
MM / DD / YYYY

| Debtor 1 | Jacqueline S. Pisula | | | Case number: 19-22286-JAD |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

### Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

☐ all payments received;
☐ all fees, costs, escrow, and expenses assessed to the mortgage; and
☐ all amounts the creditor contends remain unpaid.

### Part 5: Sign Here

The person completing this notice must sign it. The response must be filed as a supplement to the creditor's proof of claim.

Check the appropriate box

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

X  /s/ Heather Riloff                              Date: 8/27/2024
   Signature

**Print:** Christopher A. DeNardo 78447       Title: Attorney for and on behalf of Nationstar Mortgage LLC
Heather Riloff - 309906
Leslie J. Rase, 58365
First Name    Middle Name    Last Name

Company  LOGS Legal Group LLP

Address  985 Old Eagle School Road, Suite 514
Number    Street
Wayne, PA 19087
City             State   ZIP Code

Contact phone  (610) 278-6800                    Email  logsecf@logs.com

## Certificate of Service

*I hereby certify that a copy of the foregoing Response to Notice of Final Cure Payment was served on the parties listed below by postage prepaid U.S. Mail, First Class or served electronically through the Court's ECF System at the e-mail address registered with the court on*

Date:  8/27/2024

Chapter 13 Trustee:  Ronda J. Winnecour

Trustee Address:  Suite 3250, USX Tower, 600 Grant Street, Pittsburgh, PA 15219

Trustee Email:  cmecf@chapter13trusteewdpa.com


Debtor's Counsel Name:  Glenn R. Bartifay

Debtor's Counsel Address:  2009 Mackenzie Way, Suite 100, Cranberry Township, PA 16066

Debtor's Counsel Email: GBartifay@bartifaylaw.com


Debtor's Name:  Jacqueline S. Pisula

Debtor's Mailing Address:  114 Sea Shell Ln, Greensburg, PA 15601


/s/ Heather Riloff

Christopher A. DeNardo 78447
Heather Riloff - 309906
Leslie J. Rase, 58365