**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: | |
| JACQUELINE S. PISULA | Case No.:19-22286 JAD |
| Debtor(s) | Chapter 13 |
| Ronda J. Winnecour<br>Chapter 13 Trustee,<br>    Movant<br>vs.<br>No Respondents. | Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

  1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

  2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

  3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

**Wherefore**, the Trustee requests that the Court,

  1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
  2. Approve the Trustee's Report of Receipts and Disbursements,
  3. Terminate wage attachments,
  4. Revest property of the estate in the debtor(s), and
  5. Enter a final decree and close this case.

August 26, 2024

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 06/06/2019 and confirmed on 8/9/19 . The case was subsequently Completed After Confirmation

2. The Trustee made the following disbursements.

| | |
|---|---:|
| Total Receipts | 80,709.20 |
| Less Refunds to Debtor | 1,051.41 |
| TOTAL AMOUNT OF PLAN FUND | 79,657.79 |

| Administrative Fees | |
|---|---:|
| Filing Fee | 0.00 |
| Notice Fee | 0.00 |
| Attorney Fee | 3,913.00 |
| Trustee Fee | 4,035.52 |
| Court Ordered Automotive Insurance | 0.00 |
| TOTAL ADMINISTRATIVE FEES | 7,948.52 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| LAKEVIEW LOAN SERVICING LLC | 0.00 | 57,588.25 | 0.00 | 57,588.25 |
| Acct: 8200 | | | | |
| LAKEVIEW LOAN SERVICING LLC | 14,121.02 | 14,121.02 | 0.00 | 14,121.02 |
| Acct: 8200 | | | | |
| | | | | 71,709.27 |
| **Priority** | | | | |
| GLENN R BARTIFAY ESQ** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JACQUELINE S. PISULA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| JACQUELINE S. PISULA | 1,051.41 | 1,051.41 | 0.00 | 0.00 |
| Acct: | | | | |
| BARTIFAY LAW OFFICES PC** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| BARTIFAY LAW OFFICES PC** | 3,913.00 | 3,913.00 | 0.00 | 0.00 |
| Acct: | | | | |
| | ***NONE*** | | | |
| **Unsecured** | | | | |
| CAPITAL ONE** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7196 | | | | |
| CAPITAL ONE BANK (USA) NA BY AMERIC, | 797.88 | 0.00 | 0.00 | 0.00 |
| Acct: 7092 | | | | |
| COMENITY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 0344 | | | | |
| DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1671 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 5,469.64 | 0.00 | 0.00 | 0.00 |
| Acct: 7561 | | | | |
| PENN CREDIT CORP | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2519 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 4,018.30 | 0.00 | 0.00 | 0.00 |
| Acct: 9875 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 2,360.10 | 0.00 | 0.00 | 0.00 |

19-22286 JAD                                                                                               Page 2 of 2

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---|---|---|---|
| Unsecured | | | | |
| Acct: 3577 | | | | |
| PRA/PORTFOLIO RECOVERY ASSOC | 649.80 | 0.00 | 0.00 | 0.00 |
| Acct: 9856 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 2,078.19 | 0.00 | 0.00 | 0.00 |
| Acct: 0628 | | | | |
| BUREAUS INVESTMENT GROUP PORTFO | 1,098.87 | 0.00 | 0.00 | 0.00 |
| Acct: 7196 | | | | |
| WEST PENN POWER* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 1671 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 1,072.91 | 0.00 | 0.00 | 0.00 |
| Acct: 6823 | | | | |
| VERIZON BY AMERICAN INFOSOURCE AS | 495.85 | 0.00 | 0.00 | 0.00 |
| Acct: 0001 | | | | |
| SYNCHRONY BANK** | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9900 | | | | |
| ROBERTSON ANSCHUTZ SCHNEID CRAN | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ELAINE PISULA | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PHELAN HALLINAN DIAMOND & JONES LL | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| KML LAW GROUP PC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| MANLEY DEAS KOCHALSKI LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

***NONE***

TOTAL PAID TO CREDITORS                                                                                71,709.27

TOTAL CLAIMED
PRIORITY              0.00
SECURED          14,121.02
UNSECURED        18,041.54

Date: 08/26/2024

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

IN RE:
JACQUELINE S. PISULA

      Debtor(s)

Ronda J. Winnecour
      Movant
    vs.
No Repondents.

Case No.:19-22286 JAD

Chapter 13

Document No.:

ORDER OF COURT

AND NOW, this _____ day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

   (1). This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

   (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

   (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

   (4). Property of the estate hereby revests in the debtor(s). This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan. All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

   (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or rejected the plan. All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

   (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report"). Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

BY THE COURT:

_____
U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:     Case No. 19-22286-JAD
Jacqueline S. Pisula     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2     User: auto     Page 1 of 3
Date Rcvd: Aug 27, 2024     Form ID: pdf900     Total Noticed: 24

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 29, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jacqueline S. Pisula, 114 Sea Shell Lane, Greensburg, PA 15601-7749 |
| 15086049 | | MD Court 10-2-01, 327 Youngwood Road, Youngwood, PA 15697 |
| 15093747 | | OneMain Financial, PO BOX 3251, Evansville, IN 47731 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 27 2024 23:43:00 | Bureaus Investment Group Portfolio No 15 LLC, PO Box 788, Kirkland, WA 98083-0788 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:00:30 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 27 2024 23:43:00 | WEI Mortgage LLC, RAS Crane LLC, 10700 Abbotts Bridge Road, Suite 170, Duluth, GA 30097-8461 |
| 15168351 | + | Email/Text: cashiering-administrationservices@flagstar.com | Aug 27 2024 23:45:00 | ARC HOME MORTGAGE ET AL, C/O FLAGSTAR BANK F.S.B., 5151 CORPORATE DRIVE, TROY, MI 48098-2639 |
| 15098232 | | Email/Text: bnc-thebureaus@quantum3group.com | Aug 27 2024 23:43:00 | Bureaus Investment Group Portfolio No 15 LLC, c/o PRA Receivables Management, LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 15065526 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:07 | Capital One, Po Box 30253, Salt Lake City, UT 84130-0253 |
| 15075592 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 28 2024 00:20:26 | Capital One Bank (USA), N.A., by American InfoSource as agent, PO Box 71083, Charlotte, NC 28272-1083 |
| 15065527 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Aug 27 2024 23:41:50 | Capital One Bank Usa N, Po Box 30281, Salt Lake City, UT 84130-0281 |
| 15065528 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Aug 27 2024 23:44:00 | Comenitybank/venus, Po Box 182789, Columbus, OH 43218-2789 |
| 15311301 | | Email/Text: Bankruptcy@Freedommortgage.com | Aug 27 2024 23:43:00 | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| 15476254 | + | Email/Text: nsm_bk_notices@mrcooper.com | Aug 27 2024 23:43:00 | Lakeview Loan Servicing, LLC, c/o Nationstar Mortgage, LLC, d/b/a Mr. Cooper, PO Box 619094, Dallas, TX 75261-9094 |
| 15065529 | + | Email/PDF: cbp@omf.com | Aug 28 2024 00:01:53 | Onemain, Po Box 1010, Evansville, IN 47706-1010 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 15105186 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:57 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 15097155 | + | Email/Text: ebnpeoples@grblaw.com | Aug 27 2024 23:43:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 15065531 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 28 2024 00:01:49 | Portfolio Recov Assoc, 120 Corporate Blvd Ste 1, Norfolk, VA 23502-4952 |
| 15065532 | + | Email/Text: bkteam@selenefinance.com | Aug 27 2024 23:43:00 | Selene Finance Lp, 9990 Richmond, Houston, TX 77042-4559 |
| 15066128 | ^ | MEBN | Aug 27 2024 23:37:31 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15065533 | + | Email/Text: bnc-thebureaus@quantum3group.com | Aug 27 2024 23:43:00 | The Bureaus Inc, 1717 Central St, Evanston, IL 60201-1507 |
| 15101862 | | Email/PDF: ebn_ais@aisinfo.com | Aug 27 2024 23:42:01 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |
| 15084805 | + | Email/Text: bkteam@selenefinance.com | Aug 27 2024 23:43:00 | WEI Mortgage LLC, C/O Selene Finance, LP, 9990 Richmond Ave., Suite 400 South, Houston TX 77042-4546 |
| 15086050 | + | Email/Text: bankruptcy@firstenergycorp.com | Aug 27 2024 23:45:00 | West Penn Power, 800 Cabin Hill Drive, Greensburg, PA 15601-1689 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | ARC HOME LLC F/K/A WEI MORTGAGE LLC |
| cr | | ARC HOME MORTGAGE F/K/A WEI MORTGAGE LLC C/O FLAGS |
| cr | | LAKEVIEW LOAN SERVICING, LLC |
| cr | | Nationstar Mortgage LLC d/b/a Mr. Cooper |
| cr | *+ | Freedom Mortgage Corporation, 10500 Kincaid Drive, Fishers, IN 46037-9764 |
| cr | *+ | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| 15065530 | ##+ | Penn Credit Corporatio, 916 S 14th St, Harrisburg, PA 17104-3425 |

TOTAL: 4 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Aug 29, 2024         Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 26, 2024 at the address(es) listed below:

District/off: 0315-2 | User: auto | Page 3 of 3
Date Rcvd: Aug 27, 2024 | Form ID: pdf900 | Total Noticed: 24

| Name | Email Address |
|---|---|
| Christopher A. DeNardo | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC logsecf@logs.com |
| Denise Carlon | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC dcarlon@kmllawgroup.com |
| Denise Carlon | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper dcarlon@kmllawgroup.com |
| Glenn R. Bartifay | on behalf of Debtor Jacqueline S. Pisula gbartifay@bartifaylaw.com sfallat@bartifaylaw.com;gbartifay@yahoo.com |
| Jerome B. Blank | on behalf of Creditor ARC HOME LLC F/K/A WEI MORTGAGE LLC jblank@pincuslaw.com brausch@pincuslaw.com |
| Lauren Berschler Karl | on behalf of Creditor WEI Mortgage LLC lkarl@rascrane.com lbkarl03@yahoo.com |
| Mario J. Hanyon | on behalf of Creditor ARC HOME MORTGAGE F/K/A WEI MORTGAGE LLC C/O FLAGSTAR BANK F.S.B. wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Mario J. Hanyon | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com mario.hanyon@brockandscott.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |
| S. James Wallace | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com PNGbankruptcy@peoples-gas.com |
| Stephen Russell Franks | on behalf of Creditor LAKEVIEW LOAN SERVICING LLC amps@manleydeas.com |

TOTAL: 12